# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFERY S. HAAS,**

    **Plaintiff,**

    vs.                              Cause No. 05-CV-690 DRH

**THE PERDUE PHARMA COMPANY**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC., and**
**MALLINCKRODT, INC.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                               **NORBERT G. JAWORSKI, CLERK**

January 23, 2007                        By:   s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/   David   RHerndon
                **U.S. DISTRICT JUDGE**